# EXHIBIT A

The promissory note held by Plaintiff has been lost, misplaced or destroyed. If a copy of the promissory note cannot be located timely, Plaintiff will file a Lost Note Affidavit.